# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 8:29 am, May 26, 2017

```
JOHN T. ALEXANDER,              *
                                *
         Petitioner,            *      CV 515-72
                                *
    v.                          *
                                *
WARDEN HILTON HALL; and SAMUEL  *
S. OLENS,                       *
                                *
         Respondents.           *
```

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's March 6, 2017, Report and Recommendation, dkt. no. 20, to which Petitioner John T. Alexander ("Alexander") filed Objections, dkt. no. 21. A review of Alexander's Objections fails to reveal that he is entitled to equitable tolling of the statute of limitations applicable to his Section 2254 Petition.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court, and **OVERRULES** Alexander's Objections. The Court **DISMISSES**, without prejudice, Alexander's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254.

The Court also **DENIES** Alexander leave to appeal *in forma pauperis* and a certificate of appealability. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 25 day of May, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)